ACCEPTED
01-14-00989-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 11:30:41 AM
CHRISTOPHER PRINE
CLERK

## CASE NO: 01-14-00989-CV

## IN THEFIRST COURT OF APPEALS

### AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/9/2015 11:30:41 AM

CHRISTOPHER A. PRINE
Clerk

### IN RE SHAYNA (DEBOISE) HERRING

### Relator

### From the 247th District Court

### Harris County, Texas

### REAL PARTY IN INTEREST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

To THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Real Party in Interest's Counsel respectfully requests that the Court grant this Motion for Extension of Time established by Rule 10.5 and Rule 38.6 of the Texas Rules of Appellate Procedure.

### I.

Real Party in Interest's deadline for filing their Reply is January 31, 2015. Real Party in Interest respectfully requests an extension of time to file their brief for an additional thirty (30) days pursuant to Rule 10.5 and Rule 38.6 of the Texas Rules of Appellate Procedure.

### II.

Real Party in Interests received the Notice of Reply on or around December 29, 2014. Further, Relator has not been taken into the custody of the Harris County Sheriff's Department

and is not currently incarcerated. Therefore, the urgency to have this matter heard by Relator is somewhat diminished as she is not incarcerated. Real Party in Interest requests this Court to extend the reply deadline. This request is unopposed.

## III.

There has been no extensions granted to extend the time to file Real Party in Interest's Reply.

## IV.

Pursuant to Texas Rules of Appellate Procedure 10.1(a)(5) Real Party in Interest's counsel contacted Relator's counsel and Relator's counsel was not opposed to this motion.

## V. CONCLUSION

For the reasons stated above, Real Party in Interest respectfully requests that this Motion for Extension of Time be granted so that Real Party in Interest has an adequate opportunity to respond to the Writ of Habeas Corpus.

Respectfully Submitted,

THE LAW OFFICE OF TERISA TAYLOR, P.C.
917 Franklin Street, Suite 510
Houston, Texas 77002
Tel: (713) 224-9900
Fax: (713) 224-9903

By:_____
**TERISA TAYLOR**
SBN: 24000240
**GRACE M. CRUMP**
SBN: 24083482
Attorneys for CASTON LEE DEBOISE

## CERTIFICATE OF CONFERENCE

As required by the Texas Rules of Appellate Procedure 10.1(a)(5), I certify that on January 9, 2015, I have conferred, or made a reasonable attempt to confer, with all other parties – which are listed below – about the merits of this motion and George Dana does not oppose this Motion.

**TERISA TAYLOR**
**GRACE M. CRUMP**


## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Appellate Procedure 9.5(d), (e), this is to certify that a copy of this motion was served on Shayna (DeBoise) Herring, by and through her attorney of record, George Dana on January 9, 2015, by faxing a copy to George Dana at (281) 484-9687 and by efiling in the 247th Judicial District Court, Harris County, Texas.

**TERISA TAYLOR**
**GRACE M. CRUMP**